IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : Cr. A. No. 12-89-UNA |
| | : |
| DAL-TECH (FLORIDA), DBA | : |
| MICROWAVE DISTRIBUTORS CO. | : |
| | : |
| Defendant | : |

## INFORMATION

The Acting United States Attorney for the District of Delaware charges that:

## COUNT I

From in or about August 2008, to in or about May 2009, in the District of Delaware and elsewhere, defendant Dal-Tech (Florida), DBA Microwave Distributors Company, knowingly and willfully attempted to export from the United States to the Islamic Republic of Iran, and caused the attempted export to the Islamic Republic of Iran, and caused the attempted supply to the Islamic Republic of Iran of four MDC1087-N and four MDC1087-S radio frequency coaxial detectors, without the required authorization from the Office of Foreign Asset Control, Department of the Treasury, having first been obtained, in violation of Title 50, United States Code, Sections 1702 and 1705(a) and (c), and Title 18, United States Code, Section 2, and Title 31, Code of Federal Regulations, Section 560.

Dated: 13 NOV 2012

DAVID C. WEISS
Attorney for the United States
Acting Under Authority Conferred by 28 U.S.C. § 515

By: _____
David L. Hall
Assistant United States Attorney

FILED

NOV 1 4 2012

U.S. DISTRICT COURT DISTRICT OF DELAWARE